# Court of Appeals, State of Michigan

## ORDER

In re Monier Khalil Living Trust

Docket No.    341142

LC No.    2016-823742-TV

Elizabeth L. Gleicher
Presiding Judge

Kirsten Frank Kelly

Anica Letica
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued March 12, 2019 is hereby VACATED. A new opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAY 1 4 2019
Date

Chief Clerk